Charles B. Switzer, appellee, v. Elden C. Henry, appellant, and Jesse Johnson, defendant. Gen. No. 9,025.

Opinion filed January 15, 1937.

Lindley, Pacey & Johnson, for appellant. M. H. Scott, for appellee.

Mr. Presiding Justice Fulton delivered the opinion of the court.

Arthur F. Lee, appellant, v. Nondas L. Lee, appellee. Gen. No. 9,002.

Opinion filed January 15, 1937. Rehearing denied April 6, 1937.

A. M. Fitzgerald and H. F. Simonson, for appellant. C. R. Iungerich, for appellee.

Mr. Justice Davis delivered the opinion of the court.

Neal D. Reardon, executor of the last will and testament of Francis Gerald Griffin Reardon, deceased, appellant, v. Abraham Lincoln Life Insurance Company, appellee. Gen. No. 9,010.

Opinion filed January 15, 1937. Rehearing denied April 6, 1937.

Neal D. Reardon, for appellant. H. E. Fullenwider, for appellee.

Mr. Justice Davis delivered the opinion of the court.

Anna Dachroth, appellee, v. William C. Reimbold, appellant. Earl C. Main, defendant. Gen. No. 9,020.

Opinion filed January 15, 1937. Rehearing denied April 6, 1937.

Harry Lawrence and Cavanagh, Lamet & Irwin, for appellant. O'Harra, O'Harra & Roeth and John W. Williams, for appellee.

Mr. Justice Davis delivered the opinion of the court.